IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC J. BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-1 (MTT) |
| DOUG UNDERWOOD, *et. al*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 18). The Magistrate Judge, having reviewed the Complaint pursuant to 28 U.S.C. § 1915A, recommends dismissing the Plaintiff's due process claim and the Defendants who are associated with that claim, Lt. James Bland, Lillian Warren, and CO II Dexter Spikes. The Magistrate Judge also recommends dismissing Georgia Department of Corrections Commissioner Brian Owens because there are no allegations against him in the Complaint, and he is not subject to respondeat superior liability. The Plaintiff filed what appears to be an objection to the Recommendation.[1] (Doc. 22). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. Accordingly, the Plaintiff's due process claim is **DISMISSED** and

---

[1] The Plaintiff does not object to dismissing the Defendants named in the Recommendation. Instead, he wants to know "how they gave me a [disciplinary report] for something I did not do." (Doc. 22, at 1).

Defendants Bland, Warren, Spikes, and Owens are **DISMISSED**.  The Plaintiff's claims against Defendant Doug Underwood shall go forward.

  **SO ORDERED**, this the 29th day of May, 2012.

           <u>S/ Marc T. Treadwell</u>
           MARC T. TREADWELL, JUDGE
           UNITED STATES DISTRICT COURT