IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC J. BUTLER,          ) | |
| )| |
| Plaintiff,          ) | |
| ) | |
| v.          ) | CIVIL ACTION NO. 5:12-CV-1 (MTT) |
| ) | |
| DOUG UNDERWOOD,          ) | |
| ) | |
| Defendant.          ) | |
| ) | |

## ORDER

    This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 50).  The Magistrate Judge, having reviewed the Defendant's Motion to Dismiss Complaint (Doc. 32), Motion to Dismiss Amendment to Complaint (Doc. 40), and Motion to Dismiss Supplemental Complaint (Doc. 47) (the "Motions"), recommends granting the Motions because the Plaintiff failed to exhaust his available administrative remedies pursuant to 42 U.S.C. § 1997e(a) on either of his claims.  The Plaintiff filed an objection to the Recommendation.  (Doc. 51).

    Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.  The Plaintiff argues that he does not need to show that he exhausted his claims in his Complaint.  While prisoners do not need to "specially plead or demonstrate exhaustion in their complaints," exhaustion by compliance with a prison's grievance procedures is still a mandatory prerequisite to file a complaint.  *Jones v. Bock*, 549 U.S. 199, 216, 218 (2007).  The Plaintiff admits in his Objection that he did not exhaust his claims.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.  The Recommendation is adopted and made the order of this Court.  The Defendant's Motions (Docs. 32, 40, & 47) are **GRANTED**¸ and the Plaintiff's claims are **DISMISSED without prejudice** and may be refilled if appropriate.

**SO ORDERED**, this the 16th day of January, 2013.

                                        S/ Marc T. Treadwell
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT